276

652 A.2d 296

The FIDELITY BANK, N.A., Appellant,

v.

Winchell Smith CARROLL and Patricia Ann McClure Carroll.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1994.

Decided Dec. 30, 1994.

Daniel S. Bernheim, III, Philadelphia, for Fidelity Bank.

Richard H. Lawson, West Chester, for W.S. Carroll.

Paul D. Nelson, Media, for P. Carroll.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and CASTILLE, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

Senior Justice Montemuro, who is sitting by designation, did not participate in the consideration or decision of this case.

PAPADAKOS and CASTILLE, JJ., dissent.